**COURT OF COMMON PLEAS MONTGOMERY COUNTY, Respondent.**

**No. 148 MM 2015.**

Supreme Court of Pennsylvania.

Dec. 2, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for a Hearing are **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Rafie L. ALI, Respondent.**

Supreme Court of Pennsylvania.

Dec. 2, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of December, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Does a sentencing judge have discretion to consider victim impact evidence

where the offense is not a "crime against a person"?